REINER BRACH GMBH & CO. KG and Novosteel SA, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee,

and

Bethlehem Steel Corporation and United States Steel Corporation, Defendants–Appellees.

No. 02–1521.

United States Court of Appeals, Federal Circuit.

Oct. 1, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).